# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORP. et al<br><br>Plaintiff(s)<br><br>v.<br><br>SEARCH QUARRY, LLC et al<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. 3:24-cv-04106 |

Application is hereby made for a Clerk's Order extending time within which defendant(s) __SEARCH QUARRY, LLC and SEARCH QUARRY, INC.__ may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on _2/23/24_ ; and
3. Time to Answer, Move or otherwise Reply expires on _3/29/24_ .

_Steven M. Richman, Clark Hill PI_
Attorney for Defendant(s)

_Ste 102, 210 Carngegie Ctr_
Mailing Address

_Princeton, NJ 08540_
City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _4/12/2024_ .
ORDER DATED: _____

By:_____
Deputy Clerk