Steven M. Richman (NJ 017391980)
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999
Email: srichman@clarkhill.com
Counsel for Defendants Search Quarry Inc. and Search Quarry LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br>v.<br>SEARCH QUARRY, LLC, SEARCH QUARRY, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | CIVIL ACTION<br><br>**CASE #: 3:24-cv-04106-MAS-TJB**<br><br>**DEFENDANT SEARCH QUARRY, INC. RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Defendants SEARCH QUARRY, LLC and SEARCH QUARRY, INC states as follows:

SEARCH QUARRY, INC. is incorporated and headquartered in Delaware, with an address at 401 Ryland Street, STE 1200-A, Reno, Nevada.89502. It has no parent corporation. No publicly held corporation owns more than 10% of stock of SEARCH QUARRY, INC.

To the extent this may be deemed an initial pleading, all defenses under Rule 12(b) are preserved.

Dated: March 25, 2024                    CLARK HILL PLC
By: /s/ *Steven M. Richman*/
Steven M. Richman (NJ 017391980)
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999
Email: srichman@clarkhill.com
Counsel for Defendants Search Quarry Inc.
and Search Quarry LLC

## CERTIFICATE OF SERVICE

I, Steven M. Richman, of full age, certify that on March 25, 2024, I caused a copy of this Rule 7.1 Disclosure statement to be served on all counsel of record through filing through the ECF system.

                                                   s/*Steven M. Richman/*