Steven M. Richman (NJ 017391980)
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999
Email: srichman@clarkhill.com
Counsel for Defendants Search Quarry LLC and Search Quarry Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>v.<br><br>SEARCH QUARRY, LLC, SEARCH QUARRY, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | CIVIL ACTION<br><br>**CASE #: 3:24-cv-04106-MAS-TJB**<br><br>**DEFENDANT SEARCH QUARRY, LLC RULE 7.1 DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel for Defendants SEARCH QUARRY, LLC and SEARCH QUARRY, INC states as follows:

SEARCH QUARRY, LLC is a Nevada LLC whose sole member is SEARCH QUARRY, INC., which is incorporated and headquartered in Delaware, each with an address at 401 Ryland Street, STE 1200-A, Reno, Nevada.89502.

To the extent this may be deemed an initial pleading, all defenses under Rule 12(b) are preserved.

Dated: March 25, 2024

CLARK HILL PLC
By: /s/ *Steven M. Richman*/
Steven M. Richman (NJ 017391980)
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Phone: (609) 785-2911
Fax: (609) 785-2999
Email: srichman@clarkhill.com
Counsel for Defendants Search Quarry LLC
and Search Quarry Inc.

## CERTIFICATE OF SERVICE

    I, Steven M. Richman, of full age, certify that on March 25, 2024, I caused a copy of Rule 7.1 Disclosure statement to be served on all counsel of record through filing through the ECF system.

                                                                             s/*Steven M. Richman/*