UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, JANE DOE-1, JANE DOE-2, EDWIN MALDONADO, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br>v.<br>SEARCH QUARRY, LLC, SEARCH QUARRY, INC., RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>    Defendants. | CIVIL ACTION<br><br>CASE #: 3:24-cv-04106-MAS-TJB<br><br>ORDER ADMITTING CHIRAG H. PATEL and MYRIACH JAWORSKI *PRO HAC VICE* |

THIS MATTER having been presented to the Court by Clark Hill, PLC, local counsel for Defendants Search Quarry Inc. and Search Quarry LLC, for the *pro hac vice* admission of Chirag H. Patel, Esq. and Myriah Jaworski, Esq. of the law firm of Clark Hill, PLC, and for good cause shown,

IT IS on this __10th__ day of __April__, 2024; ORDERED that

1.    Chirag H. Patel, Esq. and Myriah Jaworski, Esq. are hereby granted admission *pro hac vice* to speak for and participate on behalf of the Defendants Search Quarry Inc. and Search Quarry LLC. in this matter in the same manner as attorneys authorized to practice law in this Court, and shall abide by the rules governing this Court, including all disciplinary rules, as well as with the provisions of N. J. Ct. R. 1:28-2(a) (payment annually to the New Jersey Lawyers' Fund for Client Protection), during the time of their *pro hac vice* admissions; and

2. Chirag H. Patel, Esq. and Myriah Jaworski, Esq. shall comply with the provisions of L. Civ. R. 101.1(c)(3) and each submit payment to the Clerk of the Court for the District of New Jersey; and

3. Chirag H. Patel, Esq. and Myriah Jaworski, Esq. shall notify the Court immediately of any matter affecting their standing as a member of the bar of any other Court.

IT IS SO ORDERED

*Harvey Bartle III*
~~Hon. Tonianne J. Bongiovanni, U.S.M.J.~~
HARVEY BARTLE III                    J.

ClarkHill\M5092\486756\276700031.v1-4/2/24