UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**


**CAMDEN OFFICE**                               **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4106 (HB)


**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION, AS ASSIGNEE OF INDIVIDUALS WHO ARE
COVERED PERSONS et al    et al
                v.
SEARCH QUARRY, LLC et al


**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  10:00 AM                    Time Adjourned: 12:20 PM


Total: <u>2 hours and 20 minutes</u>



s/ *David Bruey*
**DEPUTY CLERK**