UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell   **DOCKET #**   CV 24-4106 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION, AS ASSIGNEE OF INDIVIDUALS WHO ARE COVERED PERSONS et al   et al
v.
SEARCH QUARRY, LLC et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE


Time commenced:  3:28 AM    Time Adjourned: 3:30 PM

Total:  2 minutes


s/ *David Bruey*
**DEPUTY CLERK**