```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :      NO. 24-3993
BLACKBAUD, INC., et al.          :
_____

ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :      NO. 24-3998
WHITEPAGES, INC., et al.         :
_____

ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :      NO. 24-4000
HIYA, INC., et al.               :
_____

ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :      NO. 24-4073
COMMERCIAL REAL ESTATE           :
EXCHANGE, INC., et al.           :
_____

ATLAS DATA PRIVACY               :      CIVIL ACTION
CORPORATION, et al.              :
                                 :
        v.                       :
                                 :      NO. 24-4077
CARCO GROUP INC., et al.         :
_____
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TWILIO INC., et al. | : : | NO. 24-4095 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| 6SENSE INSIGHTS, INC., et al. | : : : | NO. 24-4104 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LIGHTBOX PARENT, L.P., et al. | : : : | NO. 24-4105 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SEARCH QUARRY, LLC, et al. | : : : | NO. 24-4106 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACXIOM, LLC, et al. | : : | NO. 24-4107 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | : | |
| ENFORMION, LLC, et al. | : | NO. 24-4110 |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 24-4111 |
| COSTAR GROUP, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 24-4112 |
| ORACLE INTERNATIONAL<br>CORPORATION, et al. | :<br>: | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 24-4113 |
| RED VIOLET, INC., et al. | : | |

___

| | | |
|---|---|---|
| ATLAS DATA PRIVACY<br>CORPORATION, et al. | :<br>:<br>: | CIVIL ACTION |
| v. | :<br>: | NO. 24-4114 |
| RE/MAX, LLC, et al. | : | |

___

-4-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4168 |
| EPSILON DATA MANAGEMENT, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4171 |
| PEOPLE DATA LABS, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4175 |
| CLARITAS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4181 |
| DATA AXLE, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4182 |
| REMINE INC., et al. | : | |

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4184
LUSHA SYSTEMS, INC, et al.      :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4217
TELTECH SYSTEMS, INC.,          :
et al.                          :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4227
PEOPLECONNECT, INC., et al.     :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4230
CORELOGIC, INC., et al.         :
_____

ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :       NO. 24-4233
BLACK KNIGHT TECHNOLOGIES,      :
LLC, et al.                     :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THOMSON REUTERS CORPORATION, et al. | : : : | NO. 24-4269 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CHOREOGRAPH LLC, et al. | : : : | NO. 24-4271 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| TRANSUNION, LLC., et al. | : : : | NO. 24-4288 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| EQUIFAX INC., et al. | : : : | NO. 24-4298 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SPOKEO, INC., et al. | : : : | NO. 24-4299 |

-7-

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4354 |
| TELNYX LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4392 |
| MYHERITAGE, LTD., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4442 |
| WILAND, INC., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4447 |
| ATDATA, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4571 |
| PRECISELY HOLDINGS, LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4696 |
| OUTSIDE INTERACTIVE, INC. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4770 |
| VALASSIS DIGITAL CORP., et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-4850 |
| THE LIFETIME VALUE CO. LLC, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-5334 |
| FIRST AMERICAN FINANCIAL CORPORATION, et al. | : | |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 24-6160 |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al. | : | |

ORDER

AND NOW, this 20th day of June, 2024, upon consideration of the letter from counsel dated June 19, 2024, it is hereby ORDERED that:

(1) Plaintiffs, on or before July 31, 2024, shall produce a privilege log to Defendants pursuant to the terms agreed upon by the parties as set forth in the letter; and

(2) Plaintiff Atlas Data Privacy Corporation ("Atlas") does not need to search for, collect, review, or identify in a privilege log any responsive privileged communications or documents between a named Plaintiff and legal counsel for Atlas from January 1, 2024 forward.

BY THE COURT:

/s/ Harvey Bartle III
                    J.