# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

                                   Plaintiff,

v.                                                Case No.: 1:24−cv−04106−HB

                                                       Judge Harvey Bartle (EDPA), III

SEARCH QUARRY, LLC, et al.

                                 Defendant.

Clerk, Superior Court of New Jersey
Monmouth County Courthouse
71 Monument Park
Freehold, NJ 07728−1266

State No: MON L 000516 24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                       Very truly yours,

                                                       CLERK OF COURT
                                                       By Deputy Clerk, lm

encl.
cc: All Counsel